(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:*   -   TORT   -   MOTOR VEHICLE TORT -
CONTRACT   -   EQUITABLE RELIEF   -   (OTHER)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                                                                     SUPERIOR COURT
                                                                                                               CIVIL ACTION
                                                                                                               No. 10-278

COLIN BOWER, on his own behalf and on behalf of
his minor children, N and R ............................................................................., Plaintiff(s)

v.

MIRVAT EL-NADY BOWER and EGYPTAIR AIRLINES
..................................................................................................................., Defendant(s)

## SUMMONS

To the above named Defendant: Mirvat El-Nady, 160 Boylston St., Unit 2233, Newton, MA

You are hereby summoned and required to serve upon __Barry S. Pollack, Esq.__,
Sullivan & Worcester LLP,
plaintiff's attorney, whose address is __One Post Office Sq., Boston, MA  02109__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at

__Lawrence, MA__  either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, BARBARA J. ROUSE   , Esquire, at Salem, the 9th
day of   February   , in the year of our Lord two thousand and ten

*[signature]*

Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ___2/10/2010___, 20__, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. (d) (1-5):

by leaving at the door of last and usual known address of Ms.

Mirvat El-Nady, 160 Boylston Street-Tower 3C-Unit 2233, Newton, MA.

at the approximate time of day of 9:20 AM.

Dated: 2/12/, 20 10.                           *Robert Purnieika* — Process Server

**N.B.** TO PROCESS SERVER:-
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

| 2/10/ , 20 10. |
|---|

---

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                         SUPERIOR COURT
                                   CIVIL ACTION
                                   No. 10-278

COLIN BOWER, on his own behalf and on behalf of his minor children, N and R
Plaintiff(s)

v.

MIRVAT EL-NADY BOWER and EGYPTAIR AIRLINES
Defendant(s)

**SUMMONS**
(Mass. R. Civ. P. 4)