UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIN BOWER, on his own behalf and as the guardian and legal custodian of his minor children, N and R,<br><br>Plaintiff,<br><br>v.<br><br>MIRVAT EL-NADY BOWER and EGYPTAIR AIRLINES COMPANY,<br><br>Defendants. | NO. 1:10-cv-10405-NG<br><br>**REQUEST FOR ORAL ARGUMENT** |

**PLAINTIFF'S MOTION TO COMPEL YAHOO! AND GOOGLE TO COMPLY WITH THIRD-PARTY DOCUMENT SUBPOENA AND TO COMPEL THE DEFENDANT, MIRVAT EL-NADY BOWER, TO CONSENT TO THE PRODUCTION OF EMAILS**

The Plaintiff Colin Bower ("Bower") herewith moves this Court to compel Yahoo! and Google to produce all emails from any and all email accounts registered to the Defendant, Ms. Mirvat El-Nady Bower ("Ms. El-Nady"), including from the accounts mirvatsnady@yahoo.com and mirvatnady@gmail.com, from July 1, 2009 through the present, pursuant to two duly noticed document subpoenas issued pursuant to Federal Rule of Procedure 45. In addition, the Plaintiff respectfully requests an order pursuant to Rule 34 compelling Ms. El-Nady to provide consent to Yahoo! and Google to produce the responsive emails.

                                          Respectfully submitted,

                                          Colin Bower, N, and R,
                                          By his attorneys,

November 4, 2010                       /s/ Alexis D'Arcy
                                          Lisa G. Arrowood (BBO #022330)
                                          Alexis V. D'Arcy (BBO #667608)
                                          larrowood@toddweld.com
                                          adarcy@toddweld.com
                                          TODD & WELD LLP
                                          28 State Street
                                          Boston, MA  02109
                                          (617) 720-2626 (phone)
                                          (617) 227-5777 (fax)

                                          Barry S. Pollack (BBO#642064)
                                          Joshua L. Solomon (BBO#657761)
                                          jsolomon@sandw.com
                                          bpollack@sandw.com
                                          SULLIVAN & WORCESTER LLP
                                          One Post Office Square
                                          Boston, MA  02109
                                          (617) 338-2800 (phone)
                                          (617) 338-2880 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 5, 2010.

                                                     /s/ Alexis V. D'Arcy