

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

FILED
IN CLERKS OFFICE

2010 NOV -8 A 11: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 8, 2010

**By Hand**

The Honorable Nancy Gertner
United States District Court for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:    <u>Bower v. El-Nady Bower, et al.</u>, C.A. No. 10-10405

Dear Judge Gertner:

    We represent the plaintiff in the above-reference action. Counsel for third-parties Grand Circle LLC and Grand Circle Holdings, LLC (together, "Grand Circle") have authorized us to represent that Grand Circle joins in this letter.

    On October 8, 2010, we filed a motion to compel documents from Grand Circle that were called for by a subpoena served on Grand Circle. Grand Circle opposed that motion on November 2, 2010. Based on recent discussions, it appears that we may be able to resolve the dispute that gave rise to the motion to compel, which would moot the motion, but are awaiting information that will determine whether a resolution is possible. Neither Mr. Bower nor Grand Circle wishes to burden the Court with work on the motion while a resolution is potentially imminent. We thus wanted to inform the Court of this development and respectfully suggest that consideration of the motion be deferred until the parties determine whether a resolution is possible. Within one week, we will provide the Court with an update on our efforts, including whether we will be withdrawing or pursuing the motion.

    Thank you.

                                Respectfully,

                                  Joshua L. Solomon

                                Direct line: 617 338 2408
                                jsolomon@sandw.com

cc:    James Re, Esq. (via email)
        Christopher Carlsen, Esq. (via email)
        Shalissa Dougherty, Esq. (via email)
        Deborah Elsasser, Esq. (via email)
        Brian Voke, Esq. (via email)
        Lisa G. Arrowood, Esq. (via email)
        Alexis D'Arcy, Esq. (via email)