# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLIN BOWER, ON HIS OWN BEHALF AND AS THE GUARDIAN AND LEGAL CUSTODIAN OF HIS MINOR CHILDREN, N AND R<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIRVAT EL-NADY BOWER AND EGYPTAIR AIRLINES<br><br>　　　　Defendants. | Civil Action No. 10-10405-NG |

## BRUCE BOWER'S MOTION FOR A PROTECTIVE ORDER

Now comes Bruce Bower, a non-party, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26, moves for the entry of a Protective Order relative to the subpoena issued by Plaintiff Colin Bower. The subpoena commands the deposition of Bruce Bower ("Bower") on November 15, 2010. In support of his motion for a protective order, Bower hereby incorporates by reference his accompanying Memorandum of Law, filed herewith.

WHEREFORE, non-party Bruce Bower moves for the entry of a protective order precluding his attendance at the November 15, 2010 deposition as provided in the subpoena served upon him. Non-party Bruce Bower respectfully requests this Court order any other relief it deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH
## FED. R. CIV. P. 26(c)(1) AND LOCAL RULE 7.1

Pursuant to Fed. R. Civ. P. 26(c)(1) and Local Rule 7.1, the undersigned certifies that counsel for Bruce Bower has conferred in good faith with counsel for Plaintiff, has attempted to resolve and narrow the issue, and that Plaintiff's counsel would not agree to cancel the deposition.

Respectfully submitted,

Bruce Bower,
By his attorney,

/s/ William T. Hogan, III
William T. Hogan, III (BBO# 237710)
bill.hogan@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109

Dated:  November 10, 2010

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date:  November 10, 2010                                              /s/ William T. Hogan