UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIN BOWER, ON HIS OWN BEHALF AND AS THE GUARDIAN AND LEGAL CUSTODIAN OF HIS MINOR CHILDREN, N AND R,<br><br>    Plaintiff,<br><br>    v.<br><br>MIRVAT EL-NADY BOWER AND EGYPT AIRLINES COMPANY,<br><br>    Defendants. | Case No. 1:10-cv-10405-NG |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Google Inc. ("Google") hereby moves for an extension of time to respond to Plaintiff's Motion to Compel, Docket No. 38, from Monday, November 29, 2010, until Friday, December 3, 2010. This request for a brief extension is made in light of the upcoming Thanksgiving holiday. Plaintiff Colin Bower assents to this motion.

    Google, Inc.

    By its attorneys,

    /s/ Sarah P. Kelly
    Allison D. Burroughs (BBO# 609346)
    Sarah P. Kelly (BBO# 664267)
    Nutter McClennen & Fish, LLP
    Seaport West, 155 Seaport Blvd.
    Boston, Massachusetts 02210
    Telephone:   (617) 439-2000
    Facsimile:   (617) 310-9000
    skelly@nutter.com

Dated: November 23, 2010

Assented-to:

Counsel for Colin Bower

/s/Alexis D'Arcy_____
Lisa G. Arrowood (BBO #022330)
Alexis D'Arcy (BBO #667608)
larrowood@toddweld.com
adarcy@toddweld.com
TODD & WELD LLP
28 State Street
Boston, MA  02109
(617) 720-2626 (phone)
(617) 227-5777 (fax)

Barry S. Pollack (BBO#642064)
Joshua L. Solomon (BBO#657761)
jsolomon@sandw.com
bpollack@sandw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)

## CERTIFICATE OF SERVICE

I certify that, on November 23, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

  /s/ Sarah P. Kelly
Sarah P. Kelly

1969836.1