UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLIN BOWER, ON HIS OWN BEHALF AND AS THE GUARDIAN AND LEGAL CUSTODIAN OF HIS MINOR CHILDREN, N AND R<br><br>    Plaintiff,<br><br>v.<br><br>MIRVAT EL-NADY BOWER AND EGYPTAIR AIRLINES<br><br>    Defendants. | Civil Action No. 10-10405-NG |

### BRUCE BOWER'S MOTION TO QUASH SUBPOENA TO THIRD-PARTY CHARTER COMMUNICATIONS HOLDING COMPANY, LLC AND CHARTER COMMUNICATIONS, INC.

Now comes non-party Bruce Bower ("Bower") and respectfully requests this Court quash the subpoena issued in this action to non-party Charter Communications, Inc. and Charter Communications Holding Company, LLC at the request of Plaintiff Colin Bower ("Plaintiff"). In support of his motion, Bower incorporates by reference his Memorandum of Law in Support of his Motion to Quash and his Opposition to Plaintiff's Motion for Issuance of Subpoena as "So Ordered ," filed herewith.

WHEREFORE, Bower respectfully requests that the Court enter an Order quashing the subpoena issued to Charter Communications, Inc. and Charter Communications Holding Company, LLC at the request of Plaintiff Colin Bower and grant such additional relief as the

Court may deem just and proper, including costs and attorneys' fees incurred by Bower in preparing this motion.

>Respectfully submitted,
>
>Bruce Bower,
>By his attorney,
>
>*/s/ William T. Hogan, III*
>William T. Hogan, III (BBO# 237710)
>bill.hogan@nelsonmullins.com
>Nelson Mullins Riley & Scarborough LLP
>One Post Office Square, 30th Floor
>Boston, MA 02109

Dated:  November 30, 2010

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date:  November 30, 2010                              */s/ William T. Hogan*