UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIN BOWER, ON HIS OWN BEHALF AND AS THE GUARDIAN AND LEGAL CUSTODIAN OF HIS MINOR CHILDREN, N AND R, <br><br> Plaintiff, <br><br> v. <br><br> MIRVAT EL-NADY BOWER AND EGYPT AIRLINES COMPANY, <br><br> Defendants. | Case No. 1:10-cv-10405-NG |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Non-party Google Inc. ("Google") hereby moves for an extension of time to respond to Plaintiff's Motion to Compel, Docket No. 38, from Friday December 3, 2010, until Friday, December 10, 2010. This week-long extension is requested to give Google sufficient time to address the legal and factual issues raised in Plaintiff's Motion to Compel. Plaintiff Colin Bower assents to this motion.

                                              Google, Inc.

                                              By its attorneys,
                                              /s/ Sarah P. Kelly
                                              Allison D. Burroughs (BBO# 609346)
                                              Sarah P. Kelly (BBO# 664267)
                                              Nutter McClennen & Fish, LLP
                                              Seaport West, 155 Seaport Blvd.
                                              Boston, Massachusetts 02210
                                              Telephone:   (617) 439-2000
                                              Facsimile:   (617) 310-9000
                                              skelly@nutter.com

Dated:  December 2, 2010

Assented-to:

Counsel for Colin Bower

/s/Alexis D'Arcy
Lisa G. Arrowood (BBO #022330)
Alexis D'Arcy (BBO #667608)
larrowood@toddweld.com
adarcy@toddweld.com
TODD & WELD LLP
28 State Street
Boston, MA  02109
(617) 720-2626 (phone)
(617) 227-5777 (fax)

Barry S. Pollack (BBO#642064)
Joshua L. Solomon (BBO#657761)
jsolomon@sandw.com
bpollack@sandw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)

## CERTIFICATE OF SERVICE

I certify that, on December 2, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

   /s/ Sarah P. Kelly
Sarah P. Kelly

1969836.1