# EXHIBIT B

# YAHOO!® TERMS

**Yahoo! Terms of Service**

Yahoo! Info Center > Yahoo! Terms Center > Yahoo! Terms of Service

Email      Print

---

## Yahoo! Terms of Service

---

1. ACCEPTANCE OF TERMS

   Yahoo! Inc. ("Yahoo!") welcomes you. Yahoo! provides the Yahoo! Services (defined below) to you subject to the following Terms of Service ("TOS"), which may be updated by us from time to time without notice to you. You can review the most current version of the TOS at any time at: http://info.yahoo.com/legal/us/yahoo/utos/utos-173.html. By accessing and using the Yahoo! Services, you accept and agree to be bound by the terms and provision of the TOS. In addition, when using particular Yahoo! owned or operated services, you and Yahoo! shall be subject to any posted guidelines or rules applicable to such services, which may be posted and modified from time to time. All such guidelines or rules (including but not limited to our Spam Policy) are hereby incorporated by reference into the TOS. Yahoo! may also offer other services that are governed by different Terms of Service. For instance, different terms apply to members of AT&T Yahoo! Dial or AT&T Yahoo! High Speed.

2. DESCRIPTION OF YAHOO! SERVICES

   Yahoo! provides users with access to a rich collection of resources, including without limitation various communications tools, forums, shopping services, search services, personalized content and branded programming through its network of properties which may be accessed through any various medium or device now known or hereafter developed (the "Yahoo! Services"). You also understand and agree that the Yahoo! Services may include advertisements and that these advertisements are necessary for Yahoo! to provide the Yahoo! Services. You also understand and agree that the Yahoo! Services may include certain communications from Yahoo!, such as service announcements, administrative messages and the Yahoo! Newsletter, and that these communications are considered part of Yahoo! membership and you will not be able to opt out of receiving them. Unless explicitly stated otherwise, any new features that augment or enhance the current Yahoo! Services, including the release of new Yahoo! properties, shall be subject to the TOS. You understand and agree that the Yahoo! Services is provided "AS-IS" and that Yahoo! assumes no responsibility for the timeliness, deletion, mis-delivery or failure to store any user communications or personalization settings. You are responsible for obtaining access to the Yahoo! Services, and that access may involve third-party fees (such as Internet service provider or airtime charges). You are responsible for those fees, including those fees associated with the display or delivery of advertisements. In addition, you must provide and are responsible for all equipment necessary to access the Yahoo! Services.

   You understand that the technical processing and transmission of the Yahoo! Services, including your Content, may involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices.

   Please be aware that Yahoo! has created certain areas on the Yahoo! Services that contain adult or mature content. You must be at least 18 years of age to access and view such areas.

3. YOUR REGISTRATION OBLIGATIONS

   In consideration of your use of the Yahoo! Services, you represent that you are of legal age to form a binding contract and are not a person barred from receiving the Yahoo! Services under the laws of the United States or other applicable jurisdiction. You also agree to: (a) provide true, accurate, current and complete information about yourself as prompted by the Yahoo! Service's registration form (the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Yahoo! has reasonable grounds to suspect that such

terminate your account and refuse any and all current or future use of the Yahoo! Services (or any portion thereof). Yahoo! is concerned about the safety and privacy of all its users, particularly children. For this reason, parents of children under the age of 13 who wish to allow their children access to the Yahoo! Services must create a Yahoo! Family Account. When you create a Yahoo! Family Account and add your child to the account, you certify that you are at least 18 years old and that you are the legal guardian of the child/children listed on the Yahoo! Family Account. By adding a child to your Yahoo! Family Account, you also give your child permission to access many areas of the Yahoo! Services, including, email, message boards and instant messaging (among others). Please remember that the Yahoo! Services is designed to appeal to a broad audience. Accordingly, as the legal guardian, it is your responsibility to determine whether any of the Yahoo! Services areas and/or Content (as defined in Section 6 below) are appropriate for your child.

4.  YAHOO! PRIVACY POLICY

    Registration Data and certain other information about you are subject to our applicable privacy policy. For more information, see the full Yahoo! Privacy Policy at http://info.yahoo.com/privacy/us/yahoo/, or if you came from Yahoo! Kids, then see our Yahoo! Kids Privacy Policy at http://info.yahoo.com/privacy/us/yahoo/kids. You understand that through your use of the Yahoo! Services you consent to the collection and use (as set forth in the applicable privacy policy) of this information, including the transfer of this information to the United States and/or other countries for storage, processing and use by Yahoo! and its affiliates.

5.  MEMBER ACCOUNT, PASSWORD AND SECURITY

    You will receive a password and account designation upon completing the Yahoo! Service's registration process. You are responsible for maintaining the confidentiality of the password and account and are fully responsible for all activities that occur under your password or account. You agree to (a) immediately notify Yahoo! of any unauthorized use of your password or account or any other breach of security, and (b) ensure that you exit from your account at the end of each session. Yahoo! cannot and will not be liable for any loss or damage arising from your failure to comply with this Section 5.

6.  MEMBER CONDUCT

    You understand that all information, data, text, software, music, sound, photographs, graphics, video, messages, tags, or other materials ("Content"), whether publicly posted or privately transmitted, are the sole responsibility of the person from whom such Content originated. This means that you, and not Yahoo!, are entirely responsible for all Content that you upload, post, email, transmit or otherwise make available via the Yahoo! Services. Yahoo! does not control the Content posted via the Yahoo! Services and, as such, does not guarantee the accuracy, integrity or quality of such Content. You understand that by using the Yahoo! Services, you may be exposed to Content that is offensive, indecent or objectionable. Under no circumstances will Yahoo! be liable in any way for any Content, including, but not limited to, any errors or omissions in any Content, or any loss or damage of any kind incurred as a result of the use of any Content posted, emailed, transmitted or otherwise made available via the Yahoo! Services.

    You agree to not use the Yahoo! Services to:

    a.  upload, post, email, transmit or otherwise make available any Content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, hateful, or racially, ethnically or otherwise objectionable;

    b.  harm minors in any way;

    c.  impersonate any person or entity, including, but not limited to, a Yahoo! official, forum leader, guide or host, or falsely state or otherwise misrepresent your affiliation with a person or entity;

    d.  forge headers or otherwise manipulate identifiers in order to disguise the origin of any Content transmitted through the Yahoo! Service;

    e.  upload, post, email, transmit or otherwise make available any Content that you do not

relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);

f.  upload, post, email, transmit or otherwise make available any Content that infringes any patent, trademark, trade secret, copyright or other proprietary rights ("Rights") of any party;

g.  upload, post, email, transmit or otherwise make available any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation, except in those areas (such as shopping) that are designated for such purpose (please read our complete Spam Policy);

h.  upload, post, email, transmit or otherwise make available any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;

i.  disrupt the normal flow of dialogue, cause a screen to "scroll" faster than other users of the Yahoo! Services are able to type, or otherwise act in a manner that negatively affects other users' ability to engage in real time exchanges;

j.  interfere with or disrupt the Yahoo! Services or servers or networks connected to the Yahoo! Services, or disobey any requirements, procedures, policies or regulations of networks connected to the Yahoo! Services, including using any device, software or routine to bypass our robot exclusion headers;

k.  intentionally or unintentionally violate any applicable local, state, national or international law, including, but not limited to, regulations promulgated by the U.S. Securities and Exchange Commission, any rules of any national or other securities exchange, including, without limitation, the New York Stock Exchange, the American Stock Exchange or the NASDAQ, and any regulations having the force of law;

l.  provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act;

m.  "stalk" or otherwise harass another; and/or

n.  collect or store personal data about other users in connection with the prohibited conduct and activities set forth in paragraphs a through m above.

You acknowledge that Yahoo! may or may not pre-screen Content, but that Yahoo! and its designees shall have the right (but not the obligation) in their sole discretion to pre-screen, refuse, or remove any Content that is available via the Yahoo! Services. Without limiting the foregoing, Yahoo! and its designees shall have the right to remove any Content that violates the TOS or is otherwise objectionable. You agree that you must evaluate, and bear all risks associated with, the use of any Content, including any reliance on the accuracy, completeness, or usefulness of such Content. In this regard, you acknowledge that you may not rely on any Content created by Yahoo! or submitted to Yahoo!, including without limitation information in Yahoo! Message Boards and in all other parts of the Yahoo! Services.

You acknowledge, consent and agree that Yahoo! may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access preservation or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce the TOS; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of Yahoo!, its users and the public.

You understand that the Yahoo! Services and software embodied within the Yahoo! Services may include security components that permit digital materials to be protected, and that use of these materials is subject to usage rules set by Yahoo! and/or content providers who provide content to the Yahoo! Services. You may not attempt to override or circumvent any of the usage

rules embedded into the Yahoo! Services. Any unauthorized reproduction, publication, further distribution or public exhibition of the materials provided on the Yahoo! Services, in whole or in part, is strictly prohibited.

7. INTERSTATE NATURE OF COMMUNICATIONS ON YAHOO! NETWORK

When you register with Yahoo!, you acknowledge that in using the Yahoo! Services to send electronic communications (including but not limited to email, search queries, sending messages to Yahoo! Chat or Yahoo! Groups, uploading photos and files to Flickr, and other Internet activities), you will be causing communications to be sent through Yahoo!'s computer networks, portions of which are located in California, Texas, Virginia, and other locations in the United States and portions of which are located abroad. As a result, and also as a result of Yahoo!'s network architecture and business practices and the nature of electronic communications, even communications that seem to be intrastate in nature can result in the transmission of interstate communications regardless of where you are physically located at the time of transmission. Accordingly, by agreeing to this TOS, you acknowledge that use of the service results in interstate data transmissions.

8. SPECIAL ADMONITIONS FOR INTERNATIONAL USE AND EXPORT AND IMPORT COMPLIANCE

Recognizing the global nature of the Internet, you agree to comply with all local rules regarding online conduct and acceptable Content. Use of the Yahoo! Services and transfer, posting and uploading of software, technology, and other technical data via the Yahoo! Services may be subject to the export and import laws of the United States and other countries. You agree to comply with all applicable export and import laws and regulations. In particular, you: (a) represent that you are not a party identified on any government export exclusion list, including but not limited to the U.S. Denied Persons, Entity, and Specially Designated Nationals Lists, nor will you transfer software, technology, and other technical data via the Yahoo! Services to parties identified on such lists; (b) agree not to use the Yahoo! Services for military, nuclear, missile, chemical or biological weaponry end uses in violation of U.S. export laws; (c) agree not to transfer, upload, or post via the Yahoo! Services any software, technology or other technical data in violation of U.S. or other applicable export or import laws.

9. CONTENT SUBMITTED OR MADE AVAILABLE FOR INCLUSION ON THE YAHOO! SERVICES

Yahoo! does not claim ownership of Content you submit or make available for inclusion on the Yahoo! Services. However, with respect to Content you submit or make available for inclusion on publicly accessible areas of the Yahoo! Services, you grant Yahoo! the following worldwide, royalty-free and non-exclusive license(s), as applicable:

a. With respect to Content you submit or make available for inclusion on publicly accessible areas of Yahoo! Groups, the license to use, distribute, reproduce, modify, adapt, publicly perform and publicly display such Content on the Yahoo! Services solely for the purposes of providing and promoting the specific Yahoo! Group to which such Content was submitted or made available. This license exists only for as long as you elect to continue to include such Content on the Yahoo! Services and will terminate at the time you remove or Yahoo! removes such Content from the Yahoo! Services.

b. With respect to photos, graphics, audio or video you submit or make available for inclusion on publicly accessible areas of the Yahoo! Services other than Yahoo! Groups, the license to use, distribute, reproduce, modify, adapt, publicly perform and publicly display such Content on the Yahoo! Services solely for the purpose for which such Content was submitted or made available. This license exists only for as long as you elect to continue to include such Content on the Yahoo! Services and will terminate at the time you remove or Yahoo! removes such Content from the Yahoo! Services.

c. With respect to Content other than photos, graphics, audio or video you submit or make available for inclusion on publicly accessible areas of the Yahoo! Services other than Yahoo! Groups, the perpetual, irrevocable and fully sublicensable license to use, distribute, reproduce, modify, adapt, publish, translate, publicly perform and publicly display such Content (in whole or in part) and to incorporate such Content into other works in any format or medium now known or later developed.

"Publicly accessible areas of the Yahoo! Services are those areas of the Yahoo! network of
properties that are intended by Yahoo! to be available to the general public. By way of example,
publicly accessible areas of the Yahoo! Services would include Yahoo! Message Boards and
portions of Yahoo! Groups and Flickr that are open to both members and visitors. However,
publicly accessible areas of the Yahoo! Services would not include portions of Yahoo! Groups
that are limited to members, Yahoo! services intended for private communication such as Yahoo!
Mail or Yahoo! Messenger, or areas off of the Yahoo! network of properties such as portions of
World Wide Web sites that are accessible via hypertext or other links but are not hosted or
served by Yahoo!.

10. CONTRIBUTIONS TO YAHOO!

By submitting ideas, suggestions, documents, and/or proposals ("Contributions") to Yahoo!
through its suggestion or feedback webpages, you acknowledge and agree that: (a) your
Contributions do not contain confidential or proprietary information; (b) Yahoo! is not under any
obligation of confidentiality, express or implied, with respect to the Contributions; (c) Yahoo! shall
be entitled to use or disclose (or choose not to use or disclose) such Contributions for any
purpose, in any way, in any media worldwide; (d) Yahoo! may have something similar to the
Contributions already under consideration or in development; (e) your Contributions
automatically become the property of Yahoo! without any obligation of Yahoo! to you; and (f) you
are not entitled to any compensation or reimbursement of any kind from Yahoo! under any
circumstances.

11. INDEMNITY

You agree to indemnify and hold Yahoo! and its subsidiaries, affiliates, officers, agents,
employees, partners and licensors harmless from any claim or demand, including reasonable
attorneys' fees, made by any third party due to or arising out of Content you submit, post,
transmit, modify or otherwise make available through the Yahoo! Services, your use of the
Yahoo! Services, your connection to the Yahoo! Services, your violation of the TOS, or your
violation of any rights of another.

12. NO COMMERCIAL REUSE OF YAHOO! SERVICES

You agree not to reproduce, duplicate, copy, sell, trade, resell or exploit for any commercial
purposes, any portion or use of, or access to, the Yahoo! Services (including Content,
advertisements, Software and your Yahoo! ID).

13. GENERAL PRACTICES REGARDING USE AND STORAGE

You acknowledge that Yahoo! may establish general practices and limits concerning use of the
Yahoo! Services, including without limitation the maximum number of days that email messages,
message board postings or other uploaded Content will be retained by the Yahoo! Services, the
maximum number of email messages that may be sent from or received by an account on the
Yahoo! Services, the maximum size of any email message that may be sent from or received by
an account on the Yahoo! Services, the maximum disk space that will be allotted on Yahoo!'s
servers on your behalf, and the maximum number of times (and the maximum duration for which)
you may access the Yahoo! Services in a given period of time. You agree that Yahoo! has no
responsibility or liability for the deletion or failure to store any messages and other
communications or other Content maintained or transmitted by the Yahoo! Services. You
acknowledge that Yahoo! reserves the right to log off accounts that are inactive for an extended
period of time. You further acknowledge that Yahoo! reserves the right to modify these general
practices and limits from time to time.

Yahoo! Messenger, including any web-based versions, will allow you and the people with whom
you communicate to save your conversations in your Yahoo! accounts located on Yahoo!
servers. This means you can access and search your message history from any computer with
access to the internet. Whether or not you use this feature, other users may choose to use it to
save conversations with you in their account on Yahoo! too. Your agreement to this TOS
constitutes your consent to allow Yahoo! to store these communications on its servers.

14. MODIFICATIONS TO YAHOO! SERVICES

Yahoo! reserves the right at any time and from time to time to modify or discontinue, temporarily

or permanently the Yahoo! Services (or any part thereof) with or without notice, you agree that Yahoo! shall not be liable to you or to any third party for any modification, suspension or discontinuance of the Yahoo! Services (or any part thereof).

15.  TERMINATION

You may terminate your Yahoo! account, any associated email address and access to the Yahoo! Services by submitting such termination request to Yahoo!.

You agree that Yahoo! may, *without prior notice*, immediately terminate, limit your access to or suspend your Yahoo! account, any associated email address, and access to the Yahoo! Services. Cause for such termination, limitation of access or suspension shall include, but not be limited to, (a) breaches or violations of the TOS or other incorporated agreements or guidelines, (b)requests by law enforcement or other government agencies, (c) discontinuance or material modification to the Yahoo! Services (or any part thereof), (d) unexpected technical or security issues or problems, (e) extended periods of inactivity, (f) engagement by you in fraudulent or illegal activities, and/or (g) nonpayment of any fees owed by you in connection with the Yahoo! Services. Further, you agree that all terminations, limitations of access and suspensions for cause shall be made in Yahoo!'s sole discretion and that Yahoo! shall not be liable to you or any third party for any termination of your account, any associated email address, or access to the Yahoo! Services.

Termination of your Yahoo! account includes any or all of the following: (a) removal of access to all or part of the offerings within the Yahoo! Services, (b) deletion of your password and all related information, files and content associated with or inside your account (or any part thereof), and (c) barring of further use of all or part of the Yahoo! Services.

16.  DEALINGS WITH ADVERTISERS

Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through the Yahoo! Services, including payment and delivery of related goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such advertiser. You agree that Yahoo! shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such advertisers on the Yahoo! Services.

17.  LINKS

The Yahoo! Services may provide, or third parties may provide, links to other World Wide Web sites or resources. You acknowledge and agree that Yahoo! is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any Content, advertising, products or other materials on or available from such sites or resources. You further acknowledge and agree that Yahoo! shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such Content, goods or services available on or through any such site or resource.

18.  YAHOO!'S PROPRIETARY RIGHTS

You acknowledge and agree that the Yahoo! Services and any necessary software used in connection with the Yahoo! Services ("Software") contain proprietary and confidential information that is protected by applicable intellectual property and other laws. You further acknowledge and agree that Content contained in advertisements or information presented to you through the Yahoo! Services or by advertisers is protected by copyrights, trademarks, service marks, patents or other proprietary rights and laws. Except as expressly permitted by applicable law or as authorized by Yahoo! or the applicable licensor (such as an advertiser), you agree not to modify, rent, lease, loan, sell, distribute, transmit, broadcast, publicly perform or create derivative works based on the Yahoo! Services, such Content or the Software, in whole or in part.

Yahoo! grants you a personal, non-transferable and non-exclusive right and license to use the object code of its Software on a single computer; provided that you do not (and do not allow any third party to) copy, modify, create a derivative work from, reverse engineer, reverse assemble or otherwise attempt to discover any source code, sell, assign, sublicense, grant a security interest

in or otherwise transfer any right in the Software. You agree not to modify the Software in any
manner or form, nor to use modified versions of the Software, including (without limitation) for the
purpose of obtaining unauthorized access to the Yahoo! Services. You agree not to access the
Yahoo! Services by any means other than through the interface that is provided by Yahoo! for
use in accessing the Yahoo! Services.

19.  DISCLAIMER OF WARRANTIES

YOU EXPRESSLY UNDERSTAND AND AGREE THAT:

   a.  YOUR USE OF THE YAHOO! SERVICES AND SOFTWARE ARE AT YOUR SOLE RISK.
       THE YAHOO! SERVICES AND SOFTWARE ARE PROVIDED ON AN "AS IS" AND "AS
       AVAILABLE" BASIS. YAHOO AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS,
       EMPLOYEES, AGENTS, PARTNERS AND LICENSORS EXPRESSLY DISCLAIM ALL
       WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT
       NOT LIMITED TO THE IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY,
       FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

   b.  YAHOO! AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS,
       PARTNERS AND LICENSORS MAKE NO WARRANTY THAT (i) THE YAHOO!
       SERVICES OR SOFTWARE WILL MEET YOUR REQUIREMENTS; (ii) THE YAHOO!
       SERVICES OR SOFTWARE WILL BE UNINTERRUPTED, TIMELY, SECURE OR
       ERROR-FREE; (iii) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE
       YAHOO! SERVICES OR SOFTWARE WILL BE ACCURATE OR RELIABLE; (iv) THE
       QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION OR OTHER MATERIAL
       PURCHASED OR OBTAINED BY YOU THROUGH THE YAHOO! SERVICES OR
       SOFTWARE WILL MEET YOUR EXPECTATIONS; AND (v) ANY ERRORS IN THE
       SOFTWARE WILL BE CORRECTED.

   c.  ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE
       OF THE YAHOO! SERVICES OR SOFTWARE IS ACCESSED AT YOUR OWN
       DISCRETION AND RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR AND
       HEREBY WAIVE ANY AND ALL CLAIMS AND CAUSES OF ACTION WITH RESPECT
       TO ANY DAMAGE TO YOUR COMPUTER SYSTEM, INTERNET ACCESS, DOWNLOAD
       OR DISPLAY DEVICE, OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD
       OF ANY SUCH MATERIAL.

   d.  NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU
       FROM YAHOO! OR THROUGH OR FROM THE YAHOO! SERVICES OR SOFTWARE
       SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE TOS.

   e.  A SMALL PERCENTAGE OF USERS MAY EXPERIENCE EPILEPTIC SEIZURES WHEN
       EXPOSED TO CERTAIN LIGHT PATTERNS OR BACKGROUNDS ON A COMPUTER
       SCREEN OR WHILE USING THE YAHOO! SERVICE. CERTAIN CONDITIONS MAY
       INDUCE PREVIOUSLY UNDETECTED EPILEPTIC SYMPTOMS EVEN IN USERS WHO
       HAVE NO HISTORY OF PRIOR SEIZURES OR EPILEPSY. IF YOU, OR ANYONE IN
       YOUR FAMILY, HAVE AN EPILEPTIC CONDITION, CONSULT YOUR PHYSICIAN
       PRIOR TO USING THE YAHOO! SERVICE. IMMEDIATELY DISCONTINUE USE OF
       THE YAHOO! SERVICES AND CONSULT YOUR PHYSICIAN IF YOU EXPERIENCE
       ANY OF THE FOLLOWING SYMPTOMS WHILE USING THE YAHOO! SERVICE:
       DIZZINESS, ALTERED VISION, EYE OR MUSCLE TWITCHES, LOSS OF
       AWARENESS, DISORIENTATION, ANY INVOLUNTARY MOVEMENT, OR
       CONVULSIONS.

20.  LIMITATION OF LIABILITY

YOU EXPRESSLY UNDERSTAND AND AGREE THAT YAHOO! AND ITS SUBSIDIARIES,
AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS SHALL NOT
BE LIABLE TO YOU FOR ANY PUNITIVE, INDIRECT, INCIDENTAL, SPECIAL,
CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO,
DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE
LOSSES (EVEN IF YAHOO! HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES), RESULTING FROM: (a) THE USE OR THE INABILITY TO USE THE YAHOO!
SERVICE; (b) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES; (c)

STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE YAHOO! SERVICE; OR (e)
ANY OTHER MATTER RELATING TO THE YAHOO! SERVICE.

21.  EXCLUSIONS AND LIMITATIONS

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR
THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL
DAMAGES. ACCORDINGLY, SOME OF THE ABOVE LIMITATIONS OF SECTIONS 19 AND 20
MAY NOT APPLY TO YOU.

22.  SPECIAL ADMONITION FOR YAHOO! SERVICES RELATING TO FINANCIAL MATTERS

If you intend to create or join any service, receive or request any news, messages, alerts or other
information from the Yahoo! Services concerning companies, stock quotes, investments or
securities, please read the above Sections 19 and 20 again. They go doubly for you. In addition,
for this type of information particularly, the phrase "Let the investor beware" is apt. The Yahoo!
Services is provided for informational purposes only, and no Content included in the Yahoo!
Services is intended for trading or investing purposes. Yahoo! and its licensors shall not be
responsible or liable for the accuracy, usefulness or availability of any information transmitted or
made available via the Yahoo! Services, and shall not be responsible or liable for any trading or
investment decisions based on such information.

23.  NO THIRD-PARTY BENEFICIARIES

You agree that, except as otherwise expressly provided in this TOS, there shall be no third-party
beneficiaries to this agreement.

24.  NOTICE

Yahoo! may provide you with notices, including those regarding changes to the TOS, including
by but not limited to email, regular mail, SMS, MMS, text message, postings on the Yahoo!
Services, or other reasonable means now known or hereafter developed. Such notices may not
be received if you violate this TOS by accessing the Yahoo! Services in an unauthorized manner.
Your agreement to this TOS constitutes your agreement that you are deemed to have received
any and all notices that would have been delivered had you accessed the Yahoo! Services in an
authorized manner.

25.  TRADEMARK INFORMATION

You agree that all of Yahoo!'s trademarks, trade names, service marks and other Yahoo! logos
and brand features, and product and service names are trademarks and the property of Yahoo!
Inc. (the "Yahoo! Marks"). Without Yahoo!'s prior permission, you agree not to display or use in
any manner the Yahoo! Marks.

26.  NOTICE AND PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT OR INTELLECTUAL
PROPERTY INFRINGEMENT

Yahoo! respects the intellectual property of others, and we ask our users to do the same. Yahoo!
may, in appropriate circumstances and at its discretion, disable and/or terminate the accounts of
users who may be repeat infringers. If you believe that your work has been copied in a way that
constitutes copyright infringement, or your intellectual property rights have been otherwise
violated, please provide Yahoo!'s Copyright Agent the following information:

a.  an electronic or physical signature of the person authorized to act on behalf of the owner
of the copyright or other intellectual property interest;

b.  a description of the copyrighted work or other intellectual property that you claim has been
infringed;

c.  a description of where the material that you claim is infringing is located on the site;

d.  your address, telephone number, and email address;

e. a statement by you that you have a good faith belief that the disputed use is not
authorized by the copyright owner, its agent, or the law;

f. a statement by you, made under penalty of perjury, that the above information in your
notice is accurate and that you are the copyright or intellectual property owner or
authorized to act on the copyright or intellectual property owner's behalf.

Yahoo!'s Agent for Notice of claims of copyright or other intellectual property infringement can be
reached as follows:

By mail:
Copyright Agent
c/o Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089
By phone: (408) 349-5080
By fax: (408) 349-7821
By email: copyright@yahoo-inc.com

## 27. GENERAL INFORMATION

*Entire Agreement*. The TOS constitutes the entire agreement between you and Yahoo! and
governs your use of the Yahoo! Services, superseding any prior version of this TOS between you
and Yahoo! with respect to the Yahoo! Services. You also may be subject to additional terms and
conditions that may apply when you use or purchase certain other Yahoo! services, affiliate
services, third-party content or third-party software.

*Choice of Law and Forum*. You and Yahoo! each agree that the TOS and the relationship
between the parties shall be governed by the laws of the State of California without regard to its
conflict of law provisions and that any and all claims, causes of action or disputes (regardless of
theory) arising out of or relating to the TOS, or the relationship between you and Yahoo!, shall be
brought exclusively in the courts located in the county of Santa Clara, California or the U.S.
District Court for the Northern District of California. You and Yahoo! agree to submit to the
personal jurisdiction of the courts located within the county of Santa Clara, California or the
Northern District of California, and agree to waive any and all objections to the exercise of
jurisdiction over the parties by such courts and to venue in such courts.

*Waiver and Severability of Terms*. The failure of Yahoo! to exercise or enforce any right or
provision of the TOS shall not constitute a waiver of such right or provision. If any provision of the
TOS is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree
that the court should endeavor to give effect to the parties' intentions as reflected in the
provision, and the other provisions of the TOS remain in full force and effect.

*No Right of Survivorship and Non-Transferability*. You agree that your Yahoo! account is non-
transferable and any rights to your Yahoo! ID or contents within your account terminate upon
your death. Upon receipt of a copy of a death certificate, your account may be terminated and all
contents therein permanently deleted.

*Statute of Limitations*. You agree that regardless of any statute or law to the contrary, any claim
or cause of action arising out of or related to use of the Yahoo! Services or the TOS must be filed
within one (1) year after such claim or cause of action arose or be forever barred.

The section titles in the TOS are for convenience only and have no legal or contractual effect.

## 28. VIOLATIONS

Please report any violations of the TOS to our Customer Care group.

Last updated November 24, 2008

Copyright © 2011 Yahoo! Inc. All Rights Reserved.

Privacy | Legal