UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLIN BOWER, on his own behalf )<br>and as the guardian and legal custodian )<br>of his minor children, N and R, )<br>  ) <br>  Plaintiff, )<br>v. )<br>  )<br>MIRVAT EL-NADY BOWER and )<br>EGYPTAIR AIRLINES, )<br>  )<br>  Defendants. ) | CIVIL ACTION<br>NO. 10-10405-NG |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall complete all outstanding fact discovery by **June 1, 2011**.

2. By **May 27, 2011**, the parties shall serve any expert reports, pursuant to Fed. R. Civ. P. 26(a)(2), on matters for which they bear the burden of proof at trial.

3. Any responsive expert reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be served by **June 28, 2011**.

4. The parties shall complete any expert discovery by **July 25, 2011**.

5. By **August 1, 2011**, the parties shall file a joint proposed schedule addressing: (a) any briefing, beyond that specified in paragraph 6 below, concerning motions in limine relating to expert testimony; and (b) briefing on any motions for summary judgment.

6.	By **August 9, 2011**, the parties shall file any motions in limine pursuant to Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993).

                                                     / s / Judith Gail Dein
                                                     Judith Gail Dein
                                                     United States Magistrate Judge

DATED: May 2, 2011