UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10405-RGS

COLIN BOWER, on his own behalf and on behalf of his minor children, N and R

v.

MIRVAT EL-NADY and EGYPTAIR AIRLINES

ORDER TO ENTER SEPARATE AND FINAL JUDGMENT
FOR EGYPTAIR PURSUANT TO FED. R. CIV. P. 54(b)

March 22, 2012

STEARNS, D.J.

On March 21, 2012, this court allowed EgyptAir's motion for summary judgment as to all claims.[1]  *See Bower v. El-Nady*, --- F. Supp. 2d ----, 2012 WL 947527 (D. Mass. Mar. 21, 2012).  Bower's claims stemmed from an alleged kidnapping of his two children by his former wife, Mirvat El-Nady, who flew with them to Cairo, Egypt, in August of 2009, in violation of a Massachusetts court order granting custody to Bower. EgyptAir is the airline on which El-Nady flew with her children from New York to Cairo.  Because EgyptAir shares no identity in interest with co-defendant El-Nady and because El-Nady remains a fugitive from justice (criminal charges, as well as this civil

---

[1] Claims included: intentional interference with custodial relations, negligence, negligent infliction of emotional distress, and loss of filial consortium.

action, are pending against her) it is in the interests of justice and to avoid further delay that EgyptAir be dismissed from this case.

ORDER

For the foregoing reasons, a separate and final JUDGMENT will be entered for EgyptAir.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE